**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD W. HENDERSON, | Case No.: 2:19-cv-00028-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| ANDREW SAUL, | |
| Defendant(s). | |

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: February 18, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1