UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. HENDERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant(s). | Case No.: 2:19-cv-00028-NJK<br><br>**ORDER**<br><br>[Docket No. 31] |

Pending before the Court is a stipulation for attorneys' fees. Docket No. 31. The Court has an independent obligation to assess the reasonableness of a fee request even when it is not opposed. *E.g.*, *Lucas v. White*, 63 F. Supp. 2d 1046, 1060 (N.D. Cal. 1999); *accord* Local Rule 54-14(d) ("If no opposition is filed, the court may grant the motion [for attorneys' fees] after independent review of the record"). No supporting documentation has been provided for the instant request, nor is there any showing that the fees sought are reasonable. Accordingly, the stipulation for attorneys' fees is DENIED without prejudice. Any renewed stipulation must be filed by June 26, 2020.

IT IS SO ORDERED

Dated: June 12, 2020

_____
Nancy J. Koppe
United States Magistrate Judge